IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GIOVANNI VALLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.    17 CV 09239 |
| The CITY OF CHICAGO, Illinois, a | ) | |
| municipal corporation, Chicago Police | ) | |
| OFFICER CAROL WEINGART and | ) | |
| UNKNOWN Defendant Officers, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(ii)

NOW COMES Plaintiff, GIOVANNI VALLE, by and through his attorneys, Goldberg Weisman Cairo, Ltd., who states as follows:

1. It is hereby stipulated by Plaintiff and Defendants through their respective counsel that Plaintiff shall voluntarily dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each side bearing its own costs and fees.

WHEREFORE, Plaintiff asks this Court to enter an order dismissing Defendants from this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: September 14, 2018                         Respectfully Submitted,

By:___s./ *Lance Northcutt*_____

Attorney for the Plaintiffs

1

s./ *Lance Northcutt*
_____  September 14, 2018
Attorney for Plaintiffs

s./ *Jennifer Bagby*
_____  September 14, 2018
Attorney for Defendants

**Goldberg Weisman Cairo, Ltd.**
1 East Wacker Drive, Suite 3800
Chicago, Illinois 60601
P: (312) 464-1200
F: (312) 245-2215
lnorthcutt@gwclaw.com
ARDC# 6278144

2